■ In the Matter of A. GREENE COMPANY, INC., Appellant, v ENVIRONMENTAL CONTROL BOARD, Respondent.—Judgment, Supreme Court, New York County, entered on December 19, 1975, unanimously affirmed on the opinion of Spiegel, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Lane and Nunez, JJ.

■ JOSEPH CORN & SON, INC., Respondent, v HOLMES PROTECTION, INC., Appellant, and AETNA CASUALTY & SURETY COMPANY, Respondent.—Order, Supreme Court, New York County, entered on October 1, 1976, unanimously affirmed for the reasons stated by Spiegel, J. Plaintiff-respondent shall recover of defendant-appellant $40 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Lane and Nunez, JJ.

■ MERCHANTS REFRIGERATING COMPANY, Plaintiff, v AMERICAN DISTRICT TELEGRAPH COMPANY, Defendant. RICH PRODUCTS CORPORATION, Appellant, v MERCHANTS REFRIGERATING COMPANY et al., Respondents. KIMBERLY CLARK CORPORATION, Appellant, v MERCHANTS REFRIGERATING COMPANY et al., Respondents. M. E. FRANKS, INC., Appellant, v MERCHANTS REFRIGERATING COMPANY et al., Respondents. S. M. FLICKINGER CO., INC., Appellant, v MERCHANTS REFRIGERATING COMPANY et al., Respondents. GENERAL REFRACTORIES COMPANY, Doing Business as GREFCO, INC., Appellant, v MERCHANTS REFRIGERATING COMPANY et al., Respondents.—Five judgments of the Supreme Court, New York County, each entered on July 25, 1974, unanimously affirmed for the reasons stated by Chimera, J., at Trial Term, without costs and without disbursements. Concur—Kupferman, J. P., Murphy, Lupiano, Birns and Nunez, JJ.

■ VELMA PEEPLES, as Administratrix of the Estate of ROBERT L. PEEPLES, Deceased, Appellant, v LONG ISLAND COLLEGE HOSPITAL, Respondent.—Order, Supreme Court, Bronx County, entered on September 8, 1976, unanimously affirmed on the opinion of Fusco, J., without costs and without disbursements. Concur—Stevens, P. J., Kupferman, Murphy, Silverman and Nunez, JJ.

■ STATE MUTUAL LIFE ASSURANCE COMPANY OF AMERICA, Respondent, v AMERICAN FIDELITY FIRE INSURANCE COMPANY, Appellant.—Order, Supreme Court, New York County, entered on October 1, 1976, and the judgment entered thereon on November 4, 1976, unanimously affirmed on the opinion of Gomez, J. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Murphy, Silverman and Nunez, JJ.